## Hubbard v. Commonwealth.

(Decided March 10, 1925.)

### Appeal from Caldwell Circuit Court.

Criminal Law—Accused, having Previously Testified to all Matters Involved in Present Prosecution, Entitled to Immunity.—In prosecution for violation of liquor laws, accused, having been subpoenaed before court of inquiry held by police judge and also before grand jury, and appeared and testified to all matters involved in present prosecution, held entitled to immunity, under Ky. Stats., section 2554a-4.

R. W. LISANBY for appellant.

FRANK E. DAUGHERTY, Attorney General, MOORMAN DITTO, Assistant Attorney General, T. C. BENNETT and CHARLES PEPPER, for appellee.

OPINION OF THE COURT BY JUDGE McCANDLESS—Reversing.

On this appeal from a conviction for a violation of the liquor laws it appears that prior to the return of the indictment herein the defendant was subpoenaed as a witness before a court of inquiry held by the police judge and also as a witness before the grand jury and appeared before both bodies and was sworn and testified in reference to all the matters involved in this prosecution, and these matters were pleaded in bar.

It is conceded by the attorney general that under the provisions of section 2554a-4, Kentucky Statutes, defendant is entitled to immunity and we concur in his opinion.

Wherefore, the judgment is reversed and cause remanded for proceedings consistent with this opinion.